```
                IN THE UNITED STATES DISTRICT COURT EASTERN
                  DISTRICT OF TENNESSEE AT GREENEVILLE CRIMINAL
                   MINUTES:          INITIAL APPEARANCE - Rule 5
```

USA v  JOHN LAMBERT

Case No 2:19-MJ-113     Date  April 16, 2019    Time   3:07-3:40 P.M.
         **Hon. CLIFTON CORKER, Magistrate Judge, Presiding**

   KIM OTTINGER             DCR              D. WAYNE TAYLOR
   Deputy Clerk          Court Reporter     Asst. U.S. Attorney
==============================================================================
       DEFENDANT                            ATTORNEY

JOHN LAMBERT                                NICK WALLACE

**PROCEEDINGS:**

Defendant sworn

Defendant found competent

Defendant advised of charges, penalties and rights
(Copy of complaint provided to defendant)

Financial affidavit executed with Counsel present and appointed

Government counsel acknowledges agreement to conditions of release

Bond ($20,000 Unsecured) and Conditions of pretrial release set

Defendant advised of penalties for violation of pretrial release

Defendant released on bond

Waiver of Rule 5 identity hearing

Defendant is ordered to self-report on **4/29/19 @ 10:00 a.m. in SDNY**

I, **Kim Ottinger**, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Grn-DCR_2-19-MJ-113_20190416_143953